**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JOSEPH ELWELL, CRYSTAL ELWELL, DEBORAH BALDWIN, Individually and as custodian for her Minor children WM and AM, ROBERT BALDWIN, | ) ) ) ) ) | |
| | ) | Case No. 2:16-CV-158 |
| Plaintiffs, | ) | |
| | ) | Hon. James T. Moody, Judge |
| v. | ) | Mag. Judge Andrew Rodovich |
| | ) | |
| FIRST BAPTIST CHURCH OF HAMMOND, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO QUASH**
**THE DOCUMENT SUBPOENA ISSUED TO ATTORNEY DAVID GIBBS**

NOW COMES the Defendant, FIRST BAPTIST CHURCH OF HAMMOND, INC., by

and through its attorneys, HeplerBroom, LLC, and hereby moves this Honorable Court, pursuant

to Fed. R. Civ. P. 45(d)(3)(A)(iii), for an order quashing the Fed. R. Civ. P. 45 document

subpoena issued to attorney David Gibbs. Defendant submits a Memorandum of Law, filed

contemporaneously herewith and which is incorporated by reference herein.

Respectfully submitted,

HeplerBroom, LLC

*/s/ Rick Hammond*_____
Rick Hammond
David Albaugh
Bridget Liccardi
HEPLERBROOM, LLC
30 N. LaSalle Street, Suite 2900
Chicago, Illinois 60602
(312) 230-9100
rick.hammond@heplerbrooom.com
david.albaugh@heplerbroom.com
bridget.liccardi@heplerbroom.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2016, I electronically filed the foregoing, ***Defendant's Motion to Quash the Plaintiffs' Subpoena to Attorney David Gibbs,*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following attorneys of record.

John S. Burke
Jared M. Schneider
Higgins & Burke, P.C.
2560 Foxfield Rd. Suite 200
St. Charles, IL 60174
Phone No. (630) 762-9081
Fax No. (630) 762-9084
jburke@higginsandburke.com


*/s/ Rick Hammond*