UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOSEPH ELWELL, CRYSTAL ELWELL, DEBORAH BALDWIN, Individually and as custodian for her Minor children WM and AM, ROBERT BALDWIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>FIRST BAPTIST CHURCH OF HAMMOND, INDIANA, INC.,<br><br>        Defendant. | Case No. 2:16-CV-158 |

**ORDER**

This matter is before the court on the Agreed Motion to Amend the Scheduling Order [DE 36] filed by the parties on October 17, 2016. The parties have indicated that based on the breadth of discovery requests, volume of documents, and possible redactions for privileges the parties will not be able to meet the October 26, 2016 deadline to complete initial written discovery. Also, additional time is needed to complete fact depositions. In light of the parties' agreement and their efforts to comply with the current deadlines, the court finds good cause and **GRANTS** the motion.

The deadlines are EXTENDED as follows:

1. Rule 33 interrogatories and Rule 34 document requests exchanged on or before November 28, 2016.

2. Rule 30 depositions completed on or before March 31, 2017.

3. Rule 36 requests for admission completed by May 1, 2017.

4. Plaintiffs disclose the identity of any Rule 26(a)(2) witnesses and the witness's written report by May 1, 2017.

5. Defendant deposes Plaintiffs' Rule 26(a)(2) witnesses by June 1, 2017.

6. Defendant discloses the identity of any Rule 26(a)(2) witnesses and the witness's written report by June 30, 2017.

7. Plaintiffs depose Defendant's Rule 26(a)(2) witnesses by July 31, 2017.

8. All discovery, including any Rule 26(e) supplements, must be completed by August 30, 2017.

9. The parties shall file any dispositive motions on or before October 16, 2017.

10. The parties shall seek permission to join any additional parties and/or amend the pleadings on or before November 28, 2016.

ENTERED this 17th day of October, 2016.

/s/ Andrew P. Rodovich
United States Magistrate Judge

2