UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOSEPH ELWELL, CRYSTAL ELWELL, DEBORAH BALDWIN, Individually and as custodian for her Minor children WM and AM, ROBERT BALDWIN, | ) ) ) ) ) ) | |
| | ) | Case No. 2:16-cv-158 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FIRST BAPTIST CHURCH OF HAMMOND, INDIANA, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Agreed Motion to Take Depositions of Incarcerated Persons [DE 50] filed by the parties on March 9, 2017. In light of the parties' agreement, the court **GRANTS** the motion. The parties are granted leave to depose Jack Schaap, Thomas Kimmel, James W. Kirk, and Glen E. Smith pursuant to Rule 30(a)(2)(B).

ENTERED this 10th day of March, 2017.

/s/ Andrew P. Rodovich
United States Magistrate Judge