# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH ELWELL, CRYSTAL ELWELL, DEBORAH BALDWIN, Individually and as custodian for her Minor children WM and AM, ROBERT BALDWIN,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST BAPTIST CHURCH OF HAMMOND, INC.,<br><br>        Defendant. | Case No. 2:16-CV-158 |

## STIPULATION OF DISMISSAL

NOW COMES Plaintiffs, JOSEPH ELWELL, CRYSTAL ELWELL, DEBORAH BALDWIN, individually and on behalf of her minor children WM and AM, and ROBERT BALDWIN, and Defendant, FIRST BAPTIST CHURCH OF HAMMOND, INC., by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby submit this Stipulation of Dismissal to dismiss this action with prejudice.

Respectfully submitted,

| **FIRST BAPTIST CHURCH, HAMMOND, INDIANA, INC.,** | **PLAINTIFFS,** |
|---|---|
| By: /s/ Justin K. Curtis<br>    One of its Attorneys | By: /s/ Jared Schneider<br>    One of their Attorneys |
| Rick Hammond<br>Justin K. Curtis<br>HeplerBroom, LLC<br>30 N. LaSalle Street, Suite 2900<br>Chicago, Illinois 60602<br>Phone No. (312) 230-9100<br>rick.hammond@heplerbroom.com<br>Justin.curtis@heplerbroom.com | John S. Burke<br>Jared Schneider<br>Higgins & Burke, P.C.<br>2650 Foxfield Road, Suite 200<br>St. Charles, Illinois 60174<br>Phone No. (630) 762-9081<br>jburke@higginsandburke.com<br>jschneider@higginsandburke.com |